UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH J. HUME,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | Case No. C11-2116-RSM-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 4. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge. On remand, the Administrative Law Judge ("ALJ") shall: (1) further evaluate the opinions of record, including the opinions of Dr. Ulleland (AR at 505-512, 691) and Dr. Chen (AR at 493-499); (2) reevaluate the credibility of Plaintiff's subjective complaints; (3) further

consider Mr. Beebe's statement (AR at 202-210); (4) further consider the impact of Plaintiff's obesity; (5) further evaluate Plaintiff's residual functional capacity; (6) further consider Plaintiff's ability to perform any past relevant work, with the assistance of vocational expert testimony; and (7) if necessary, further consider Plaintiff's ability to work in the national economy.

The parties further stipulate that Plaintiff will be afforded the opportunity to appear and testify at a supplemental hearing; Plaintiff may submit additional evidence and arguments on remand; and that those other aspects of the ALJ's prior decision not specifically addressed here are not affirmed.

A proposed order accompanies this Report and Recommendation.

DATED this 27th day of June, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge